# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MAGDALENA RAMOS-PORTILLO, | Case No. EDCV 18-0260 MWF(SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| KEVIN K. McALEENAN, et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Petitioner's petition for writ of habeas corpus is granted. Judgment is entered in favor of Petitioner.

DATED: July 19, 2019

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE